STATE OF NORTH CAROLINA EX REL. UTILITIES COMMISSION AND PUBLIC STAFF—NORTH CAROLINA UTILITIES COMMISSION v. CAROLINA UTILITY CUSTOMERS ASSOCIATION, INC. (APPELLANT), AND PIEDMONT NATURAL GAS COMPANY, INC. (APPELLANT-CROSS APPELLANT)

No. 9110UC205

(Filed 19 May 1992)

APPEAL by intervenor Carolina Utility Customers Association, Inc. from the order of the North Carolina Utilities Commission entered 21 November 1990. Heard in the Court of Appeals 2 December 1991.

**PARSONS v. JEFFERSON-PILOT CORP.**

[106 N.C. App. 307 (1992)]

*Byrd, Byrd, Ervin, Whisnant, McMahon & Ervin, P.A., by Sam J. Ervin, IV, for intervenor-appellant Carolina Utility Customers Association, Inc.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, by Jerry W. Amos, for applicant-cross appellant Piedmont Natural Gas Company, Inc.*

WELLS, Judge.

The disposition of this appeal is controlled by our opinion in *State ex rel. Utilities Comm. v. Carolina Utility Cust. Assn.*, 106 N.C. App. 218, 415 S.E.2d 758 (1992). Accordingly, the Commission's order of 21 November 1991 in this case is

Reversed and vacated.

Judges EAGLES and WALKER concur.